IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEATRIZ I. MALLORY, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | 3:19-CV-744 |
| | : | (JUDGE MARIANI) |
| WELLS FARGO BANK, N.A., | : | |
| | : | |
| Defendant. | : | |
| BEATRIZ I. MALLORY, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | 3:19-CV-1235 |
| | : | (JUDGE MARIANI) |
| WELLS FARGO BANK, N.A., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, **THIS 23RD DAY OF MARCH, 2020,** upon consideration of Defendant's Motion to Consolidate (Civil Action No. 3:19-cv-00744, Doc. 14; Civil Action No. 3:19-cv-01235, Doc. 9), **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Consolidate (Civil Action No. 3:19-cv-00744, Doc. 14; Civil Action No. 3:19-cv-01235, Doc. 9) is **GRANTED.**

2. The Clerk of the Court shall **CONSOLIDATE** Civil Action No. 3:19-cv-00744 and Civil Action No. 3:19-cv-01235.

3. The parties shall file all subsequent documents and motions at Civil Action No. 3:19-cv-00744.

4. The Clerk of the Court shall **CLOSE** Civil Action No. 3:19-cv-01235.


_s/ Robert D. Mariani_____
Robert D. Mariani
United States District Court Judge