IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BEATRIZ I. MALLORY,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

3:19-CV-744
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 17th DAY OF JUNE 2021, upon consideration of Defendant's "Motion to Quash and for a Protective Order" (Doc. 65), and Plaintiff's "Answers to Motion to Quash and for a Protective Order" (Doc. 66), **IT IS HEREBY ORDERED THAT:**

1. Defendant's "Motion to Quash and for a Protective Order" (Doc. 65) is **GRANTED**.

2. Plaintiff's Notices of Depositions of Charles Scharf, John Stumpf, Tim Sloan, and C. Allen Parker are **QUASHED**.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge